STATE OF NEW JERSEY v. ROBERT HOLMES.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HERMAN LEAK.

July 23, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HECTOR SANTIAGO.

July 23, 1985.

Petition for certification denied.

KAREN LINGELBACH v. BOARD OF EDUCATION OF THE BOROUGH OF HOPATCONG.

July 23, 1985.

Petition for certification denied.

MARIA SEGALL v. EST, AN EDUCATIONAL CORPORATION.

July 23, 1985.

Petition for certification denied.